IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

WANDA WILLIAMS, INDIVIDUALLY AND
AS CONSERVATOR FOR John Robert Williams,
Jr., INCAPACITATED.                                                           **PLAINTIFF**

**VERSUS**                                  **CIVIL ACTION NO.: 1:14-CV-383-HSO-JCG**

MANITOWOC CRANES, LLC; and
CAIRO MARINE SERVICE, INC.                                          **DEFENDANTS**

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

COMES NOW, the Plaintiff, Wanda Williams, Individually and as conservator for John Robert Williams, Jr., Incapacitated, by and through counsel of record and files this her F.R.C.P. 41(a)(1)(A)(ii) Stipulation of Dismissal without Prejudice as it relates to the Defendant, Cairo Marine Service, Inc. All parties who have appeared in this action are in agreement as indicated by their signatures below. All of Plaintiff's claims against Manitowoc Cranes, LLC shall remain pending.

**SO STIPULATED** this the 20th day of May, 2015.

**Attorneys for Plaintiffs**

/s/ *Desmond V. Tobias*
Desmond V. Tobias (PHV)
Jason S. McCormick (PHV)
Bryan E. Comer (PHV)
Tobias, McCormick & Comer, LLC
1203 Dauphin Street
Mobile, AL 36604
Phone: 251-432-5001
desi@tmclawyers.com
jason@tmclawyers.com
bryan@tmclawyers.com

/s/ *Ben F. Galloway, III*
Ben F. Galloway, III (MSB #4390)
Owens, Galloway & Myers, PLLC
P. O. Drawer 420
Gulfport, MS 39502-0420
Phone: 228-265-5109
bfg@owen-galloway.com

/s/ *Clay Rankin, III*
Clay Rankin, III (PHV)
Rankin Law, LLC
311 Magnolia Avenue
Fairhope, AL 36532
Phone: 251-509-2050
Clay.Rankin@gmail.com

**AGREED:**

*/s/ David C. Goff*
David C. Goff (MSB #8948)
DEUTSCH, KERRIGAN & STILES, L.L.P.
2510 14th Street, Suite 101
Gulfport, MS  39501
Telephone:  (228) 864-0161
dgoff@dkslaw.com
***Attorneys for Cairo Marine Service, Inc.***

*/s/ Walter H. Boone*
Walter H. Boone, Esq. (MSB #8653)
J. Chase Bryan, Esq. (MSB #9333)
Mandie B. Robinson, Esq. (MSB #100446)
Thomas P. Watson, Esq. (MSB #104483)
Forman Perry Watkins Krutz & Tardy LLP
Post Office box 22608
Jackson, MS  39225-2608
whboone@fpwk.com
jcbryan@fpwk.com
robinsonab@fpwk.com
watsontp@fpwk.com
***Attorneys for Manitowoc Company, Inc., Manitowoc Crane Companies, LLC and Manitowoc Cranes, LLC***