**Olivas & Associates, Inc**
Suite 104
1020 Manhattan Beach Blvd. #104
Manhattan Beach, CA 90266

# EXHIBIT 5b

# Invoice

**Invoice #:** 325
**Invoice Date:** 7/31/2015

**Case:** Williams vs M...

**Bill To:**
Balch and Bingham LLP
Walter Boone
188 East Capitol Street, Ste 1400
PO Box 22587 (39225)
Jackson, MS 39201-2608

| Serviced | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|
| 7/1/2015 | Telecon W. Boone, A. Calta | 2 | 350.00 | 700.00 |
| 7/1/2015 | Parametric Assessment | 4 | 350.00 | 1,400.00 |
| 7/17/2015 | Expert Report review | 8 | 350.00 | 2,800.00 |
| 7/17/2015 | Telecon | 1.5 | 350.00 | 525.00 |
| 7/18/2015 | Expert Report review | 4 | 350.00 | 1,400.00 |
| 7/19/2015 | Williams CG config | 8 | 350.00 | 2,800.00 |
| 7/20/2015 | Telecon W. Boone | 0.5 | 350.00 | 175.00 |
| 7/20/2015 | Williams AR Analysis | 7.5 | 350.00 | 2,625.00 |
| 7/21/2015 | Williams AR Analysis | 8 | 350.00 | 2,800.00 |
| 7/22/2015 | Williams AR Analysis | 8 | 350.00 | 2,800.00 |
| 7/23/2015 | Williams AR Analysis | 8 | 350.00 | 2,800.00 |
| 7/24/2015 | Williams AR Analysis | 8 | 350.00 | 2,800.00 |
| 7/27/2015 | Review of received documents | 8 | 350.00 | 2,800.00 |
| 7/28/2015 | Review of received documents | 8 | 350.00 | 2,800.00 |
| 7/29/2015 | LEC meeting | 8 | 350.00 | 2,800.00 |
| 7/30/2015 | LEC meeting | 8 | 350.00 | 2,800.00 |
| 7/31/2015 | Review of received documents | 9.5 | 350.00 | 3,325.00 |

Boone:Williams v Manitowoc

**Total** $38,150.00

**Payments/Credits** $0.00

**Balance Due** $38,150.00