Industrial Training International, Inc.
PO Box 1660
Woodland WA 98674

360-225-1100

# EXHIBIT 5a

# Invoice

| Date | Invoice # |
|---|---|
| 8/4/2015 | 18926R |

| Bill To | Ship To |
|---|---|
| Balch & Bingham LLP<br>Jackson MS | email:<br>wboone@balch.com |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| Walter Boone | | | 8/4/2015 | N/A | origin | |

| Quantity | Item Code | Description | Price Each | Amount |
|---:|---|---|---:|---:|
| 7.25 | Accident Invest. -... | Case: Williams vs. Manitowoc<br>Services conducted by Mike Parnell<br>June 25-28: Review Depositions of Doug Butler, Miller, Moran, Rains Jr., Sprouse, Williams, Pope and Breland | 395.00 | 2,863.75 |
| 6 | Accident Invest. -... | July 22: Letter to Walter Boone outlining Mike's thoughts concerning the case. | 395.00 | 2,370.00 |
| 2 | Accident Invest. -... | July 27: Case review and preparation for Los Angeles Meeting | 395.00 | 790.00 |
| 7 | Accident Invest. -... | July 28 and 30: Travel time to and from Los Angeles | 195.00 | 1,365.00 |
| 16.5 | Accident Invest. -... | July 29 and 30: Meeting in LA with Walter Boone. Develop Risk Assessment | 395.00 | 6,517.50 |
| 4 | Accident Invest. -... | August 3: Conference call with Walter Boone and document prep for Data Logger. | 395.00 | 1,580.00 |
| | Travel Field Servi... | Travel Expenses: Airfare $864.20 Lodging $531.54 Taxi to and from LA airport $135 Parking at Portland OR Airport $75 Meals $40 | 1,645.74 | 1,645.74 |
| | Travel Field Servi... | Travel Expenses omitted from Invoice 18393 dated 12/1/2014 (copy attached) | 1,905.42 | 1,905.42 |

| | |
|---|---:|
| **Total** | $19,037.41 |
| **Payments/Credits** | -$19,037.41 |
| **Balance Due** | $0.00 |