UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**WANDA WILLIAMS, individually and
as temporary guardian and temporary
conservator for JOHN ROBERT
WILLIAMS, JR., incapacitated,**                              **PLAINTIFFS**

VS.                           **CIVIL ACTION NO. 1:14-CV-383 HSO-JCG**

**MANITOWOC CRANES, LLC; and
CAIRO MARINE SERVICE, INC.**                                             **DEFENDANTS**

## ORDER ON JOINT MOTION
## TO EXTEND BRIEFING SCHEDULE AND PAGE LIMITATION

This matter comes before the Court on the parties' Joint Motion to Extend Briefing Schedule and Page Limitations.

After considering the parties' position, the Court hereby GRANTS the Motion and extends the briefing schedule and page limitations as follows:

a. Motions and supporting memoranda will be filed on or before May 16, 2016;

b. Responses to motions and supporting memoranda will be filed on or before June 15, 2016;

c. Replies will be filed on or before June 29, 2016.

d. The page limitations on Manitowoc's *Daubert* motions and Plaintiff's responses to those motions are extended for both parties from thirty-five (35) pages to forty-five (45) pages. The page limitation for all other motions remains in place.

**ORDERED** this 26th day of April, 2016.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE