# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| WANDA WILLIAMS, Individually and As Conservator for John Robert Williams, Jr., Incapacitated, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:14-CV-383-HSO-JCG |
| MANITOWOC CRANES, LLC, | § § § | |
| Defendant. | § | |

## PLAINTIFF'S MOTION IN LIMINE NUMBER 2: EXCLUSION OF EVIDENCE OF VT HALTER'S IRRELEVANT ACTIONS

Plaintiff Wanda Williams, individually and as conservator for John Robert Williams, Jr., incapacitated, moves the Court, in limine, to prohibit the Defendant, its attorneys and witnesses from arguing, introducing evidence, commenting, or otherwise discussing in front of the jury VT Halter Marine's (Mr. Williams's employer) irrelevant actions, including, but not limited to:

(1) VT Halter's failure to replace the load cell on the subject crane from January 2014 until two days before the tip over;

(2) VT Halter's past history of on-the-job accidents and safety violations;

(3) Another crane operator, Harold "Topper" Abbott, driving his crane under the Williams crane before the tip over made the basis of this civil action;

(4) David Smith's failed drug test and subsequent firing, months after the subject tip over.

In support of this Motion, Plaintiff is concurrently filing a supporting memorandum brief. For the reasons stated therein, Plaintiff moves the Court to enter an order prohibiting Defendant, its attorneys and witnesses from discussing VT Halter Marine's prior irrelevant actions in the presence of the jury.

Respectfully submitted this 6th day of September 2016.

Attorneys for Plaintiffs,

/s  Bryan E. Comer
Bryan E. Comer
MSB#:  (PHV)
1203 Dauphin Street
Mobile, Alabama  36604
Phone: 251-432-5001
Facsimile: 251-432-0714
bryan@tmclawyers.com

OF COUNSEL FOR
PLAINTIFFS

Ben F. Galloway, III
Owen, Galloway & Myers, PLLC
P. O. Drawer 420
Gulfport, MS 39502-0420
Phone: 228-265-5109
Facsimile: 228-868-2813
bfg@owen-galloway.com

Desmond V. Tobias
Jason S. McCormick
Bryan E. Comer
Tobias, McCormick & Comer, LLC
1203 Dauphin Street
Mobile, AL 36604
Phone:  251-432-5001
Facsimile:  251-432-0714
desi@tmclawyers.com
jason@tmclawyers.com
bryan@tmclawyers.com

Clay Rankin, III.
Rankin Law, LLC
311 Magnolia Avenue
Fairhope, AL 36532
Phone: 251-509-2050
Facsimile: 251-990-4069
Clay.Rankin@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of September, 2016, I filed the foregoing document with CM/ECF, which will send notice to:

Walter H. Boone, Esq.
Balch & Bingham, LLP
188 E. Capitol Street, Suite 1400
Jackson, MS 39201
wboone@balch.com

Matthew W. McDade, Esq.
Balch & Bingham, LLP
1310 Twenty Fifth Avenue
Gulfport, MS 39501
mmcdade@balch.com

              */s  Bryan E. Comer*