IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| WANDA WILLIAMS, *Individually and as Conservator for John Robert Williams, Jr., Incapacitated* | § § § § § | PLAINTIFF |
| v. | § § § | Civil No. 1:14CV383-HSO-JCG |
| MANITOWOC CRANES, LLC, and CAIRO MARINE SERVICE, INC. | § § § | DEFENDANTS |

### FINAL JUDGMENT

The claims of Plaintiff Wanda Williams, Individually and as Conservator for John Robert Williams, Jr., Incapacitated, against Defendant Manitowoc Cranes, LLC, came on for trial before the Court and a jury on the 11th day of October, 2016, and concluded on the 20th day of October, 2016, Honorable Halil Suleyman Ozerden, United States District Judge, presiding.  The issues having been duly tried and having heard all of the evidence and argument of counsel and receiving instructions of the Court, including a Special Verdict Form, the jury retired to consider the verdict.

The jury returned upon their oaths, into open Court, a unanimous verdict, finding in favor of Plaintiff on her claim brought on behalf of Mr. John Robert Williams, Jr., against Defendant Manitowoc Cranes, LLC, that the Model 16000

crane failed to contain adequate warnings or instructions as to the danger of falling counterweights, and on her claim brought on her own behalf for loss of consortium. The jury unanimously found in favor of Defendant on Plaintiff's claim brought on behalf of Mr. John Robert Williams, Jr., against Defendant Manitowoc Cranes, LLC, that the Model 16000 crane failed to contain adequate warnings or instructions as to the danger of tandem lifts.

The jury awarded Plaintiff $7,000,000.00 in actual economic damages and $1,500,000.00 in total noneconomic damages. The jury also unanimously determined that 40% fault should be assessed to Defendant. In accordance with the jury's unanimous verdict,

**IT IS, THEREFORE, ORDERED AND ADJUDGED**, that Plaintiff Wanda Williams, Individually and as Conservator for John Robert Williams, Jr., Incapacitated, is awarded a judgment against Defendant Manitowoc Cranes, LLC, in the amount of $2,800,000.00 in actual economic damages and $600,000.00 in total noneconomic damages, for a total judgment of $3,400,000.00, plus post-judgment interest at the current prescribed federal rate pursuant to 28 U.S.C. § 1961, from the date of entry of this Final Judgment until paid in full.

**IT IS, FURTHER, ORDERED AND ADJUDGED**, that Plaintiff's claim brought on behalf of Mr. John Robert Williams, Jr., against Defendant Manitowoc Cranes, LLC, that the Model 16000 crane failed to contain adequate warnings or instructions as to the danger of tandem lifts is **DISMISSED WITH PREJUDICE**.

**IT IS, FURTHER, ORDERED AND ADJUDGED**, that in accordance with the jury's unanimous verdict, the Stipulation of Dismissal Without Prejudice [100] filed on May 20, 2015, and the Court's Order [336] entered on September 30, 2016, this civil action is **DISMISSED**.

**SO ORDERED AND ADJUDGED**, this the 21st day of October, 2016.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE